Gaston, J.
 

 The same points have been made before us as were raised in the Superior Court. In our opinion the exceptions urged against the regularity of the proceedings before the Jury and of the Jury,-ought to have been taken in the County Court, when the report was returned, by a motion to quash the proceedings. This does not appear to have been done, and after an appeal from the final judgment of that
 
 Court
 
 upon
 
 the
 
 merits of the dispute, the cause was to be heard and determined in the Superior Court upon the merits. This was done there, and we are bound to presume was rightfully done.
 

 We see no sufficient cause to reverse the judgment of the Superior Court, and the appellant must payjthe costs of this appeal.
 

 Per Curiam, Judgment accordingly.